**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-2009**

MESERT HAILU BEDASSO,

Petitioner,

versus

JOHN D. ASHCROFT, United States Attorney
General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A75-381-424)

Submitted: March 10, 2004          Decided: March 26, 2004

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Joe W. Nesari, LAW OFFICE OF J.W. NESARI, L.L.C., Herndon,
Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney
General, David V. Bernal, Assistant Director, Colette J. Winston,
OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mesert Hailu Bedasso, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Bedasso's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Hailu, No. A75-381-424 (B.I.A. July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED